COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: In re American National Property and Casualty Company

Appellate case number: 01-19-00727-CV

Trial court case number: 1126978

Trial court: County Civil Court at Law No. 4 of Harris County, TX

On September 30, 2019, relator, American National Property and Casualty Company, filed a petition for writ of mandamus and a motion for emergency stay, requesting that we stay the trial court's "Order on Plaintiff's Motion to Compel Appraisal and Abatement" entered September 25, 2019. We **grant** relator's emergency motion to stay. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

It is so **ORDERED**.


Judge's signature: /s/ Peter Kelly
     ☒ Acting individually ☐ Acting for the Court

Date: September 30, 2019